INDUSTRIAL NATIONAL BANK OF RHODE ISLAND

v.

Percy CHALOUX.

No. 79–148–Appeal.

Supreme Court of Rhode Island.

April 30, 1981.

Monti & Monti, Providence, for plaintiff.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendant.

ORDER

This case comes before the court on an order to show cause why the appeal should not be dismissed. After hearing argument of counsel on April 20, 1981, we are of the opinion that cause was not shown. Therefore, the appeal of the plaintiff is hereby dismissed.

KIDDER, PEABODY & CO., INC.

v.

John B. KELAGHAN et al.

No. 81–157–A.

Supreme Court of Rhode Island.

April 30, 1981.

Adler Pollock & Sheehan, Inc., Peter Lawson Kennedy, Providence, for plaintiff.

Pucci & Goldin, Inc., Samuel A. Olevson, Providence, for defendants.

ORDER

The motion of Steingold Pontiac, Inc. to vacate our order of March 26, 1981 requiring the filing of a bond is hereby denied. The plaintiff's motion to dismiss this appeal is granted, provided, however, that if defendant Steingold Pontiac, Inc. shall file the required bond on or before May 15, 1981, this appeal shall thereupon be automatically reinstated.